UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RACHAEL E. BOOTH,<br>　　　　　　　Plaintiff,<br>v.<br><br>POCATELLO MED PARTNERS LLC, a Delaware limited liability company, d/b/a IDAHO KIDNEY CENTER-POCATELLO; FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a FRESENIUS MEDICAL CARE d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, a New York corporation; and LIBERTY DIALYSIS GROUP, LLC, a Delaware limited liability company,<br>　　　　　　　Defendants. | Case No. 4:15-cv-00478—EJL-CWD<br><br>**CORRECTED ORDER OF DISMISSAL**[1] |

　　The parties having filed a Stipulation of Dismissal, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation of Dismissal (Dkt. 80) is **APPROVED** and that this case is **DISMISSED WITH PREJUDICE** with each party to bear its own attorney fees and costs.

　　IT IS FURTHER ORDERED that this case be **CLOSED**.

DATED: January 15, 2019

_____
Honorable Edward J. Lodge
U.S. District Judge

---

[1] The Order of Dismissal (Dkt. 81) is **VACATED** and **REPLACED** by this Corrected Order of Dismissal.

**ORDER OF DISMISSAL - 1**